1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRYN YAMAMOTO, | Case No. CV07-2083 PSG (RZx) |
| Plaintiff, | ORDER RE: STIPULATED CONFIDENTIALITY AGREEMENT |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF FIRSTGROUP AMERICA, | *NOTE: CHANGES MADE BY THE COURT* |
| Defendants. | |

The parties' Stipulated Confidentiality Agreement (filed on January 29, 2008), submitted following this Court's discovery order of January 9, 2008 (Docket No.30), is approved and hereby made the Order of this Court, except as follows: The order shall not apply to dispositive motions, or to trial. If either party desires

//
//
//
//
//
//

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-9534-0034 v1

**[PROPOSED] ORDER RE: STIPULATED
CONFIDENTIALITY AGREEMENT**

1  protection in connection with those matters, a separate application must be made to
2  the judicial officer who will preside over those matters.
3
4       IT IS SO ORDERED.
5
6  Dated: January 30, 2008
7                                              United States Magistrate Judge