E-FILED 04-16-08
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYN YAMAMOTO, | Case No. CV07-2083 PSG (RZx) |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF FIRSTGROUP AMERICA, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.


Dated: _4/16/08_____   PHILIP S. GUTIERREZ
                                    Hon. Philip S. Gutierrez
                                    United States District Court Judge